UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:15-CR-66-CLC-SKL |
| ) | |
| TIMOTHY THOMAS JOHNSON ) | |

# **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Two of the two-count Superseding Indictment; (2) accept Defendant's plea of guilty to Count Two of the Superseding Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count Two of the Superseding Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 32]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 32] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count Two of the Superseding Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count Two of the Superseding Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Two of the Superseding Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **March 23, 2016 at 2:00 p.m. [EASTERN]** before the honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**
**Curtis L. Collier**
**United States District Judge**